# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| BETHLEHEM AREA SCHOOL DISTRICT | : | No. 66 MAL 2020 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| THE BOARD OF REVENUE APPEALS OF NORTHAMPTON COUNTY AND LEHIGH CROSSING ASSOCIATES, LP | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF:  LEHIGH CROSSING ASSOCIATES, LP | : | |
| | : | |

| | | |
|---|---|---|
| BETHLEHEM AREA SCHOOL DISTRICT | : | No. 67 MAL 2020 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| THE BOARD OF REVENUE APPEALS OF NORTHAMPTON COUNTY AND LEHIGH CROSSING ASSOCIATES, LP | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF:  LEHIGH CROSSING ASSOCIATES, LP | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.